AO 91 (Rev 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>ANDRE JORDAN II<br><br>*Defendant(s)* | Case No.<br><br>**3:25 mj 0348** |

FILED
RICHARD W. NAGEL
CLERK OF COURT

AUG 15 25 4:55 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 14, 2025** in the county of **Clark** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC s. 111(a)-(b) | assault of a federal agent with a deadly weapon |
| 18 U.S.C. s. 1114(a)(3) | attempted murder of a federal agent |
| 18 U.S.C. 924(c)(1)(A)(iii) | discharge of a firearm during a crime of violence |
| 18 U.S.C. s. 922(g)(1)&924(a)(8) | felon in possession of a firearm |

This criminal complaint is based on these facts:

See Attached Affidavit of Michael Tom

☑ Continued on the attached sheet.

*Michael Tom*
Complainant's signature

Michael Tom, FBI SA
Printed name and title

Sworn to by reliable electronic means -- namely, telephone.

Date: 8/15/25

*[signature]*
Judge's signature

City and state: Dayton, Ohio

United States Magistrate Judge
Printed name and title

## SUPPORTING AFFIDAVIT

I, Michael W. Tom, Special Agent with the Cincinnati Division- Dayton Resident Agency, of the Federal Bureau of Investigation (FBI), hereinafter referred to as your Affiant, being duly sworn do state the following:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since June 2010. Prior to joining the FBI, I served in the as an officer in the United States Army. I have served in the Salt Lake City, Cleveland, and FBI Headquarters Divisions, where I have worked numerous federal violations pertaining to violent crime. I am currently assigned to the FBI Cincinnati Division – Dayton Resident Agency. Since joining the FBI, I have received specialized training and experience in the investigation of various offenses set forth under Title 18 and Title 21 of the United States Code.

## PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of an application for a federal arrest warrant and complaint against Andre Jordan II (hereinafter referred to as "JORDAN") for:

    a. Knowingly and intentionally forcibly assaulted, resisted, opposed, impeded, or interfered with a federal agent or officer while engaged in or on account of the performance of his official duties, and in doing so, brandished and discharged a firearm in the presence of federal task force officers, in violation of Title 18, U.S.C., § 111(a)-(b);

    b. Attempt to murder a federal agent, in violation of Title 18, U.S.C. § 1114(a)(3);

    c. knowing discharge of a firearm during and in relation to a crime of violence

        for which the person may be prosecuted in a court of the United States, in violation of Title 18, U.S.C. § 924(c)(1)(A)(iii);

    d.    felon in possession of a firearm, in violation of Title 18, U.S.C. § 922(g)(1) and 924(a)(8).

3.    This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## SUMMARY OF PROBABLE CAUSE

4.    On August 8, 2025, the Franklin County, Ohio Municipal Court issued an arrest warrant charging Andre JORDAN II with Murder. The charge stemmed from a Columbus Division of Police investigation that determined JORDAN shot and killed Brya Morris Jr. The fugitive investigation was adopted by the Southern Ohio Fugitive Apprehension Strike Team (SOFAST), a federal task force.

5.    On August 14, 2025, SOFAST conducted surveillance on JORDAN's suspected significant other, Britney GRANT. GRANT was observed traveling to the Quality Inn in Springfield, Ohio, where she remained for a short time before departing in a 2024 Honda HRV, Ohio registration KFH1472.

6.    Deputy U.S. Marshal (DUSM) Tyler Elliott, a federal agent or officer, along with Springfield Detectives Burch and Sanders, followed GRANT eastbound on Interstate 70. DUSM Evans, along with Task Force Officers (TFOs) Bryan Mangin, Fred Zollers, and Eric Fleming, maintained surveillance on the Quality Inn. FBI SA Kenny Howard responded to the hotel and assisted with surveillance. GRANT was followed into Columbus, Ohio, where Columbus Police conducted a traffic stop. TFO Shotwell interviewed GRANT, after which DUSM Elliott returned to Springfield.

7. Officers continued surveillance of the hotel and reviewed internal security footage. DUSM Logan Evans, a federal agent or officer, and TFO Bryan Mangin observed a vehicle depart and later return to the hotel parking lot. A male—later identified as JORDAN—exited the vehicle and entered the southwest corridor of the hotel accompanied by one male and two females. Detectives Burch and Sanders' video review identified JORDAN as being in Room 272. The investigation revealed JORDAN and his associates also had access to room 261.

8. Officers planned an approach to Room 272, which overlooked the hotel pool. Detectives Burch and Sanders coordinated with hotel management to evacuate the pool area for safety. Once the pool was cleared, officers began the approach. During this time, DUSM Evans used his vehicle to block the car in which JORDAN had been a passenger. Evans contacted one of the female occupants, who confirmed JORDAN was in Room 272.

9. DUSMs Elliott and Evans, along with TFOs Mangin, Nadi Graham, Danny Saultz, Sam Davis, and Shane Meyer, approached the room. Detectives Burch and Sanders, with TFO Fleming, provided perimeter security near the pool. DUSM Elliott announced, "Room 272, it's the Police, U.S. Marshals. Andre JORDAN, we have a warrant." Officers in the pool area observed JORDAN look out the window.

10. Following additional announcements, JORDAN fired a shot through the window toward the pool area in the vicinity of officers, then fired another round through the front door toward positioned officers, including DUSM Elliott and Evans. Officers withdrew to the stairwells at both ends of the hallway for cover. Several occupants, including young children, exited Room 272. After their departure, JORDAN fired several additional rounds.

11. TFO Fleming coordinated with the Springfield Police Division SWAT Team, which responded to the scene. Upon arrival, hostage negotiators established communication with

JORDAN. After an hours-long standoff, JORDAN surrendered without further incident and was taken into custody from Room 272.

12. JORDAN was transported to the Clark County Jail for incarceration on the Franklin County murder warrant. The Springfield Police Division handled evidence collection and crime scene processing. Springfield Police collected a Springfield Hellcat 9mm Semi Auto handgun with Green Laser, suspected drugs, a Glock 40 10mm Semi Auto with foregrip loaded with ammunition. While processing room 272, ten 9mm shell casings were located on the floor. Multiple bullet strikes were in the doorway to the adjacent room angled out to the hallway where federal Agents and officers had previously been positioned.

13. Springfield Police also searched Room 261. Officers recovered a DTI 5.56 Rifle with fully loaded 30 round magazine.

14. I contacted ATF Special Agent Christopher Reed and learned the Springfield semi-automatic handgun, Glock semi-automatic handgun, and DTI 5.56 rifle were manufactured outside the State of Ohio, thus moved in interstate commerce. Given that the Springfield firearm and Glock firearm were recovered from Room 272 from which JORDAN surrendered and fired shots at federal law enforcement, I believe that he had possession of these weapons.

15. I reviewed JORDAN's criminal history records and observed JORDAN has felony convictions for receiving stolen property (2008), robbery (2010), having weapons under disability (2012), and forgery (2013), all of which are crimes punishable by a term of imprisonment exceeding one year. As such, I believe that JORDAN knew that he had been convicted of felony offenses punishable by a term of imprisonment exceeding one year.

## CONCLUSION

16. Based on the above information provided herein, your Affiant believes that probable cause to issue a criminal complaint against, and an arrest warrant for, **ANDRE JORDAN II**.

*Michael Tom*

MICHAEL W. TOM
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 15th day of August, 2025.

UNITED STATES MAGISTRATE